# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CIVIL MINUTES - GENERAL | | JS-6 |
|---|---|---|---|
| Case No. | CV18-5830-CAS(GJSx) | Date | October 11, 2018 |
| Title | *UNITED STATES OF AMERICA v. CHERYL BRANCH* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Catherine M. Jeang | Laura Elias |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - STATUS REPORT BY THE UNITED STATES (Filed 10/11/18)[8]

The Court is in receipt of the above-referenced Status Report[8] filed October 11, 2018. Upon the Court's review of the United States Status Report, the Court hereby dismisses the above-entitled action.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |